No. 706, Misc. YOUNG v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 800, Misc. THORNE v. SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied.

No. 391. LEGGETT ET AL. v. UNITED STATES, *ante,* p. 914;

No. 427. VIRGINIA PETROLEUM JOBBERS ASSN. v. FEDERAL POWER COMMISSION ET AL., *ante,* p. 940;

No. 502. WISCONSIN BANKERS ASSN. ET AL. v. ROBERTSON ET AL., *ante,* p. 938;

No. 536. MOSS, ALIAS MARTINE, v. CALIFORNIA, *ante,* p. 947; and

No. 707, Misc. REID v. RICHMOND, WARDEN, *ante,* p. 948. Petitions for rehearing denied.

No. 7. KILLIAN v. UNITED STATES, *ante,* p. 231. Petition for rehearing and motion for leave to file petition for rehearing from limitation on order granting certiorari denied.

No. 620. SICILIANO v. DENVER & RIO GRANDE WESTERN RAILROAD Co. On petition for writ of certiorari to the Supreme Court of Utah. Petition dismissed pursuant to Rule 60 of the Rules of this Court. *Clarence M. Beck* and *George M. McMillan* for petitioner. *Dennis McCarthy* and *Grant MacFarlane, Jr.* for respondent.